VOLUME 8

PAGES 1257 – 1284

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP, JUDGE

UNITED STATES OF AMERICA,    )
                             )
          PLAINTIFF,         )
                             )
  VS.                        )    NO. CR 08-0730 WHA
                             )
IVAN CERNA, ET AL.           )    THURSDAY, MARCH 11, 2010
                             )    SAN FRANCISCO, CALIFORNIA
          DEFENDANTS.        )
_____)


**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

FOR THE GOVERNMENT:      JOSEPH P. RUSSONIELLO
                         UNITED STATES ATTORNEY
                         450 GOLDEN GATE AVENUE
                         SAN FRANCISCO, CALIFORNIA  94102
                    BY:  **WILSON LEUNG**
                         **CHRISTINE WONG**
                         **ASSISTANT U.S. ATTORNEYS**


FOR THE DEFENDANT:       **SETH P. CHAZIN**
                         **ATTORNEY AT LAW**
                         1164 SOLANO AVENUE
                         ALBANY, CALIFORNIA  94706


*REPORTED BY:  JOAN MARIE COLUMBINI, CSR 5435, RPR*
*              OFFICIAL COURT REPORTER, U.S. DISTRICT COURT*

1                **PROCEEDINGS; THURSDAY, MARCH 11, 2010**

2

3            **THE COURT:**  ON THE RECORD.  WE'RE HANDING OUT A

4    SUPPLEMENTAL INSTRUCTION ON ENTRAPMENT.  I'M GOING TO GIVE YOU A

5    MOMENT TO READ IT.  THIS IS AFTER REVIEWING YOUR BRIEFS AND ALSO

6    DOING OUR OWN HOMEWORK.

7            TELL ME WHEN YOU'RE READY.

8            **MR. LEUNG:**  GOVERNMENT'S READY, YOUR HONOR.

9            **MR. CHAZIN:**  IF I COULD HAVE JUST A COUPLE MORE

10   MOMENTS, YOUR HONOR?

11           **THE COURT:**  ALL RIGHT.  PLEASE TAKE YOUR TIME.

12           **THE INTERPRETER:**  YOUR HONOR, I WOULD LIKE TO PUT ON

13   THE RECORD, IT'S MELINDA BASKER, INTERPRETER, AND ALSO LATER ON

14   NINA SAFDIE INTERPRETING.  SHE'S ALSO BEEN SWORN AS WELL.

15           **MR. CHAZIN:**  I'M READY, YOUR HONOR.

16           **THE COURT:**  ALL RIGHT.  LET'S HEAR FROM BOTH SIDES ON

17   THE SUPPLEMENTAL INSTRUCTION THAT THE COURT PROPOSES TO GIVE IN

18   RESPONSE TO THE JURY'S QUESTIONS.

19           **MR. LEUNG:**  YOUR HONOR, THE GOVERNMENT DOESN'T HAVE

20   AN OBJECTION.  WE WOULD ASK FOR A FURTHER EXPLANATION IN

21   PARAGRAPH 3.  PARAGRAPH 3 BEGINS "WITH RESPECT TO

22   PREDISPOSITION."  AT THE END OF THAT PARAGRAPH, WE WOULD

23   RESPECTFULLY ASK THE COURT TO ALSO INSTRUCT THE JURY THAT IT MAY

24   CONSIDER THE DEFENDANT'S CONDUCT FOLLOWING HIS INITIAL CONTACT

25   WITH A GOVERNMENT AGENT WHEN DETERMINING WHETHER THE DEFENDANT

1  WAS PREDISPOSED.  WE WOULD REFER THE COURT TO THE COMMENT OF

2  MODEL INSTRUCTION 6.2 FOR THAT PROPOSITION.

3         **THE COURT:**  WHAT DO YOU SAY TO THAT, MR. CHAZIN?

4         **MR. CHAZIN:**  COULD YOU REPEAT THAT ONCE MORE, WHAT

5  YOUR PROPOSAL IS?

6         **MR. LEUNG:**  THE PROPOSAL WOULD BE TO ADVISE THE JURY

7  THAT IN DETERMINING PREDISPOSITION, THE JURY CAN CONSIDER

8  CONDUCT THAT OCCURRED AFTER THE INITIAL CONTACT WITH A

9  GOVERNMENT AGENT.

10        **MR. CHAZIN:**  I WOULD DEFINITELY OBJECT TO THAT.  I

11 BELIEVE, NUMBER ONE, IT'S A DEPARTURE FROM WHAT WAS ALREADY

12 GIVEN AND INCONSISTENT WITH THE LAW.

13        WITH REGARDS TO PREDISPOSITION, IF THERE IS ANY LACK

14 OF -- THE OPERATIVE PART OF THAT IS, IF THERE'S -- UP TO THE

15 TIME OF THE FIRST CONTACT WITH THE GOVERNMENT AGENT, IF THERE

16 WAS NO SHOWING OF ANY PREDISPOSITION, THEN ENTRAPMENT -- THE

17 GOVERNMENT HASN'T MET ITS BURDEN OF PROOF.  SO WHAT HAPPENED

18 AFTER THAT WITH REGARD TO PREDISPOSITION SHOULD NOT BE --

19        **THE COURT:**  I'M GOING TO TELL YOU THE ANSWER ON THAT.

20 I DISAGREE WITH BOTH OF YOU.  FIRST, THE GOVERNMENT -- I'M NOT

21 GOING TO GIVE THAT SUPPLEMENTAL INSTRUCTION FOR A DIFFERENT

22 REASON, THE ONE THE GOVERNMENT ASKED FOR.  MR. CHAZIN, YOU ARE

23 WRONG ON YOUR THEORY.

24        WHAT IF, FOR EXAMPLE, THE DEFENDANT, AFTER THE FIRST

25 EVENT, HAD MADE A STATEMENT TO SOMEBODY THAT SAID, I HAVE BEEN

1    DOING CAR THEFTS AND EXPORTING THEM FOR THE LAST 25 YEARS, I'M

2    SO GLAD I FINALLY GOT A NEW OUTLET, NOW I CAN DOUBLE MY PROFITS?

3    THAT WOULD BE CONDUCT AFTER THE FIRST INSTANCE, BUT IT WOULD BE

4    DIRECT ADMISSIONS AND TESTIMONY RELATING BACK TO PRIOR TO THE

5    GOVERNMENT COMING IN AND TRYING TO ENTRAP THE GUY.  SO THAT

6    WOULD BE CONDUCT AFTER THE FACT, BUT IT WOULD BE HIGHLY

7    PROBATIVE OF WHAT HAPPENED BEFORE THE FACT.  SO YOU'RE JUST

8    WRONG ON THAT STATEMENT.

9              **MR. CHAZIN:**  LET ME ADDRESS THAT, YOUR HONOR, BECAUSE

10   I'M ACTUALLY -- I'M NOT NECESSARILY DISAGREEING WITH YOU ON

11   THIS, BUT THE KEY IS YOU ARE REFERRING TO A STATEMENT MADE AFTER

12   THE FIRST CONTACT WITH THE AGENT, BUT THE STATEMENT, THE

13   ADMISSION BY THAT DEFENDANT IS REFERRING BACK TO CONDUCT THAT

14   WAS BEFORE.  SO IT'S A MATTER OF CONDUCT OF EVIDENCE OF

15   PREDISPOSITION BEFORE.

16             **THE COURT:**  YES.  ALL RIGHT.  SO IF A STATEMENT -- IF

17   A STATEMENT COULD RELATE BACK, A JURY COULD SEE A PATTERN OF

18   CONDUCT THAT WAS SO CLEARCUT THAT IT COULD DECIDE THAT ALSO

19   RELATES BACK.  BUT THE REASON I'M NOT GOING TO GIVE THE

20   INSTRUCTION IS IT'S NOT CLOSE ENOUGH TO THE QUESTION THE JURY

21   ASKED.

22             I'M NOT GOING TO GO BACK AND OPEN ALL THE

23   INSTRUCTIONS ON THE ENTRAPMENT EXCEPT AS NECESSARY TO ANSWER THE

24   QUESTION.  I'M NOT GOING TO GIVE THE SUPPLEMENTAL INSTRUCTION,

25   BUT IT'S FOR A DIFFERENT REASON THAN THE ONE SUGGESTED BY

1  MR. CHAZIN.

2          **MR. CHAZIN:**  YOUR HONOR, WITH REGARD TO THE LAST

3  SENTENCE, I DID HAVE A REQUEST.  IT SEEMS TO BE PHRASED IN THE

4  NEGATIVE.  I'M WONDERING IF WE COULD STATE THAT MORE IN THE

5  AFFIRMATIVE.

6          **THE COURT:**  WHERE IT SAYS, "KEEP IN MIND THE REST OF

7  THE INSTRUCTIONS"?

8          **MR. CHAZIN:**  NO, WHERE IT SAYS, "SO IF YOU FIND

9  PREDISPOSITION UNPROVEN," FOR THE EARLIEST COUNTS, THAT'S THE

10  THIRD PARAGRAPH, LAST SENTENCE.

11          **THE COURT:**  YES.

12          **MR. CHAZIN:**  I'M WONDERING IF THERE'S A WAY TO STATE

13  THAT A LITTLE MORE AFFIRMATIVELY?  "IF YOU FIND THAT THE

14  GOVERNMENT HAS NOT MET ITS BURDEN OF PROVING THAT THE DEFENDANT

15  WAS PREDISPOSED --"

16          **THE COURT:**  THAT'S GOT A NEGATIVE IN THERE, TOO.

17  THIS IS A SENTENCE THAT HELPS YOU.  "IF YOU FIND PREDISPOSITION

18  UNPROVEN IN THE EARLIEST COUNT, THAT FINDING MUST APPLY TO ALL

19  COUNTS."  THAT'S EXACTLY WHAT YOU WANT, ISN'T IT?

20          **MR. CHAZIN:**  THE CONCEPT, WE'RE TOTALLY IN AGREEMENT.

21  I'M JUST WONDERING, THE WORD, "UNPROVEN."

22          **THE COURT:**  THE BURDEN IS ON THE GOVERNMENT.  I THINK

23  THIS IS FINE.  I'M NOT GOING TO CHANGE THAT.

24          **MR. CHAZIN:**  OKAY.

25          **THE COURT:**  ANYTHING MORE BY THE GOVERNMENT?

1          **MR. LEUNG:**  NO, YOUR HONOR.

2          **THE COURT:**  ANYTHING MORE BY MR. CHAZIN?

3          **MR. CHAZIN:**  YES, YOUR HONOR.  WITH REGARD TO THE

4   SECOND PART, YOU KNOW, THE FOLLOWING, "WITH REGARD TO THE

5   INDUCEMENT," FIRST OF ALL, I WANT TO MAKE CLEAR IT'S IMPORTANT

6   TO NOTE THAT IN '93 THE LAW CHANGED PURSUANT -- UNDER FOLLOWING

7   *JACOBSON* TO THAT WHICH THEN CREATED THE CONCEPT THAT IF YOU FIND

8   THE DEFENDANT WAS ENTRAPPED AS TO THE FIRST COUNT, THEN HE WAS

9   NECESSARILY ENTRAPPED TO SUBSEQUENT COUNTS, ESPECIALLY IF IT'S

10  CLEAR THAT THERE'S A SERIES OF RELATED TRANSACTIONS.

11         **THE COURT:**  NO.  THAT WAS ONLY -- IN THAT CASE

12  *JACOBSON* WAS THE ONE WHERE THE GOVERNMENT SOLICITED HIM 27 TIMES

13  IN A ROW TO BUY CHILD PORNOGRAPHY, AND FINALLY THE GUY GAVE IN.

14  IF EVER THERE WAS OUTRAGEOUS GOVERNMENT CONDUCT, THAT WAS IT.

15         IN ANY EVENT, PREDISPOSITION WAS THE ISSUE, AND IT

16  JUST CAN'T BE THE CASE THAT -- IT JUST CAN'T BE THE CASE THAT

17  INDUCEMENT FOR ONE TRANSACTION NECESSARILY MEANS THEY WERE ALL

18  INDUCED.

19         FOR EXAMPLE, WE KNOW FOR A FACT IN OUR CASE THE

20  INFORMANT, MICKEY, WAS NOT PRESENT AT A LOT -- A NUMBER OF THESE

21  TRANSACTIONS.

22         **MR. CHAZIN:**  NOT A NUMBER.  ONE.

23         **THE COURT:**  AT LEAST TWO.

24         **MR. LEUNG:**  AT LEAST TWO, YOUR HONOR.

25         **THE COURT:**  AT LEAST TWO.  I THINK IT WAS THREE.

1              IN ANY EVENT, HE WAS NOT PRESENT.  THERE WERE

2    MULTIPLE CARS SOLD ON THOSE OCCASIONS.

3              **MR. CHAZIN:**  WE DO KNOW HE --

4              **THE COURT:**  WHAT WAS THE INDUCEMENT?

5              **MR. CHAZIN:**  WE DO KNOW HE WAS PRESENT AT THE THEFTS.

6    THERE'S A CONTINUING COURSE OF CONDUCT, HIS INVOLVEMENT.

7              **THE COURT:**  YES, HE WAS INVOLVED.  AS WE ALL KNOW,

8    STEALING CARS IS NOT THE OFFENSE.

9              **MR. LEUNG:**  THAT'S CORRECT.

10             **THE COURT:**  IT'S THE EXPORT.  THIS IS A POINT YOU

11   MADE.

12             **MR. CHAZIN:**  THE INDUCEMENT IS WHAT WE'RE TALKING

13   ABOUT HERE, AND IF THE INFORMANT IS PRESENT THROUGHOUT THE

14   TRANSACTIONS BY WAY OF HIS PROVIDING THE MEANS AND THE EXPERTISE

15   TO BE ABLE TO STEAL THE CARS TO BEGIN WITH, THEN THERE'S CLEARLY

16   GOVERNMENT INVOLVEMENT IN THAT RESPECT.

17             **THE COURT:**  LET ME TELL YOU HOW I SEE THE LAW ON

18   THIS.  WE EACH SPENT A HUGE AMOUNT OF TIME ON THIS SINCE

19   YESTERDAY.

20             IT'S TRUE IN '92 OR '93 *JACOBSON* IN THE SUPREME

21   COURT, I THINK VERY CORRECTLY, RULED THAT THE -- ON THAT FACT

22   PATTERN WHERE THE GOVERNMENT SENT 27 SOLICITATIONS IN A ROW TO

23   TRY TO GET THE GUY TO BUY CHILD PORNOGRAPHY, AND FINALLY HE DID,

24   THAT THE GOVERNMENT HAD TO PROVE THAT HE WAS PREDISPOSED BEFORE

25   THE GOVERNMENT EVER TRIED TO SOLICIT HIM.  SO THAT'S WHY I SAID

 1    PREDISPOSED, YOU'RE RIGHT ON THAT PART.

 2            BUT WITH RESPECT TO THE OTHER PRONG OF

 3    NON-INDUCEMENT, THAT WAS NOT THE ISSUE IN THAT CASE, AND THERE

 4    ARE PLENTY OF NINTH CIRCUIT DECISIONS PRECEDING *JACOBSON*, I

 5    THINK THAT'S CORRECT, BUT THEY'VE NEVER BEEN CHANGED, AND THEY

 6    CLEARLY STATE THAT AS TO INDUCEMENT, THAT YOU COULD FIND THAT

 7    SOME TRANSACTIONS WERE INDUCED AND OTHER TRANSACTIONS WERE NOT

 8    INDUCED BY THE GOVERNMENT.  SO I THINK THAT HAS TO BE THE STATE

 9    OF THE LAW IN THE NINTH CIRCUIT.

10            AND I MUST SAY, IN MY OWN VIEW, THAT IS THE ONLY

11    LOGICAL WAY TO PROCEED, BECAUSE THE FACTS AND CIRCUMSTANCES AS

12    THIS VERY CASE, OUR VERY CASE, ILLUSTRATES COULD VARY FROM

13    TRANSACTION TO TRANSACTION.

14            SO I THINK -- I DISAGREE WITH YOU, MR. CHAZIN, THAT

15    *JACOBSON* GOES AS FAR AS YOU WOULD LIKE FOR IT TO GO.  POSSIBLY

16    IN THE NINTH CIRCUIT, THE NINTH CIRCUIT WILL AGREE WITH YOU,

17    DEPENDING ON WHAT THE VOTE OF THE PANEL IS.  I'M GIVING THIS MY

18    BEST SHOT ON WHAT I SEE THE LAW TO BE HERE.  I MUST DISAGREE

19    WITH YOU.  YOU MADE YOUR POINT FOR THE RECORD.  I'VE FULLY

20    CONSIDERED THAT POINT.

21            **MR. CHAZIN:**  YOUR HONOR, IF I CAN JUST SAY TWO MORE

22    THINGS?

23            **THE COURT:**  ALL RIGHT.

24            **MR. CHAZIN:**  NUMBER ONE IS WHAT WE HAD PROPOSED AS AN

25    ALTERNATIVE, I BELIEVE, ADDRESSES WHAT THE COURT AT LEAST -- AT

1   LEAST THE COURT'S DETERMINATION AS TO WHAT, PERHAPS, THE LAW IS,

2   BY OFFERING TO THE JURY THAT THE COURT MAY FIND, WHICH GIVES THE

3   JURY AN ALTERNATIVE.

4          **THE COURT:**  WHERE IS THAT?  MAY FIND WHAT?  SHOW ME

5   THE SENTENCE YOU WANT ME TO CHANGE.

6          **MR. CHAZIN:**  IF YOU LOOK AT -- IT'S IN OUR

7   CONCLUSION.  IT STARTS OUT THE BOTTOM OF PAGE 7:

8               "IN THE ALTERNATIVE, MR. NOCHEZ RESPECTFULLY

9               REQUESTS THE COURT INSTRUCT THE JURY AS FOLLOWS:

10              'YOU MAY FIND THE DEFENDANT WAS ENTRAPPED IN THE

11              FIRST INSTANCE AND, THEREFORE, ALL CRIMINAL ACTS

12              FOLLOWING WERE THE SUBJECT OF THE INITIAL

13              ENTRAPMENT'."

14         **THE COURT:**  THAT'S WHAT I SAY HERE, I SAY IN PART,

15  "YOU MAY FIND DEFENDANT WAS INDUCED BY ONE OR MORE GOVERNMENT

16  AGENTS TO COMMIT ALL THE COUNTS, OR NONE OF THEM, OR SOME OF

17  THEM, DEPENDING ON HOW YOU EVALUATE THE EVIDENCE."

18         **MR. LEUNG:**  YOUR HONOR, WE WOULD NOTE THAT THE

19  DEFENDANT'S ALTERNATIVE PROPOSAL STILL COMMITS THE FATAL LEGAL

20  ERROR OF CONFLATING BOTH ELEMENTS OF ENTRAPMENT WITH

21  PREDISPOSITION.  ENTRAPMENT IS CLEARLY TWO ELEMENTS.  MR. CHAZIN

22  SORT OF GLOSSES OVER THE FACT THERE ARE TWO ELEMENTS.  HE TAKES

23  THE CASE LAW ON PREDISPOSITION AND TRIES TO BOOTSTRAP IT TO

24  ENTRAPMENT AS A WHOLE.

25         **MR. CHAZIN:**  I WILL SAY THAT THE CASES THAT HAVE ALL

1   SPOKEN ON THIS REALLY DO NOT SEPARATE OUT INDUCEMENT.  THEY

2   DISCUSS BOTH PREDISPOSITION AND INDUCEMENT, SEEMINGLY IN THE

3   SAME BREATH.

4           **THE COURT:**  I CAN SEE THAT.  THAT MAKES IT A LITTLE

5   BIT HARDER -- NOT A LITTLE BIT.  IT MAKES IT HARDER WHEN YOU GO

6   BACK AND READ THE CASES, AND WE HAVE DONE THAT.  WE HAVE GONE

7   BACK IN THE LAST 12 HOURS AND LOOKED AT THE FACT PATTERN

8   INVOLVED IN THE CASES TO SEE WHAT THEY WERE REALLY TALKING ABOUT

9   THERE.  AND I'M CONVINCED TO A MORAL CERTAINTY THAT WHAT I HAVE

10  LAID OUT HERE IS A COMPLETE RECONCILIATION OF THE WAY THE

11  DECISIONS HAVE COME OUT, EVEN THOUGH IN MY -- EVEN THOUGH WE'RE

12  UNFORTUNATE THAT NO ONE HAS PARSED IT EXACTLY THE WAY I HAVE

13  HERE IN SO MANY EXPRESSED TERMS.  YET, THAT IS EXACTLY WHAT HAS

14  BEEN GOING ON IN THE CASE LAW.  SO I FEEL -- I FEEL THIS IS THE

15  CORRECT ANSWER.  ALL RIGHT.

16          **MR. CHAZIN:**  YOUR HONOR, I WOULD SAY THAT IF THE

17  COURT IS INSISTING ON TAKING THIS APPROACH TO, IN A WAY, PARSE

18  OUT INDUCEMENT AND PROVIDE ALTERNATIVES TO THE JURY, WHICH I

19  THINK THE COURT PROBABLY PICKED UP FROM THE *DAVIS* OPINION, WHICH

20  THEN FOLLOWED AND CITED TO THE *NORTH* INSTRUCTION, THE

21  INSTRUCTION IN *NORTH*, I THINK THAT'S WHERE THE COURT IS GETTING

22  THIS FROM, WHERE IT'S PROVIDING ALTERNATIVES, THE *NORTH*

23  INSTRUCTION, WHICH IS SET FORTH IN -- I'M SORRY.  AT LEAST I

24  HAVE IT IN *SLAUGHTER* HERE, THE CASE THAT WE'VE CITED.  IT HAS

25  THE SPECIFIC INSTRUCTION THAT WAS USED AND WAS SANCTIONED BY

1  *SLAUGHTER*.  AND I THINK THAT'S WHAT THE COURT IS PROPOSING HERE.

2  I THINK THE WORDING FROM THE *NORTH* INSTRUCTION IS A LITTLE MORE

3  CLEAR IN THAT RECORD, AND I WOULD ASK IT THEN --

4        **THE COURT:**  LET ME SEE WHAT YOU -- HAND IT UP TO ME.

5  I REMEMBER THE CONCEPT, AND I WAS TRYING TO DO THE CONCEPT.

6        **MR. LEUNG:**  JUST TO WARN THE COURT, THE *NORTH*

7  INSTRUCTION, I BELIEVE, WAS DISFAVORED BY THE NINTH CIRCUIT IN

8  *DAVIS*.  MR. CHAZIN WOULD SEEK TO TAKE THE FIRST PART OF IT, AND

9  HIS RELIANCE UPON IT, I BELIEVE, WOULD BE INAPPROPRIATE.

10       **MR. CHAZIN:**  WELL, IT WAS -- IN *SLAUGHTER* IT WAS

11  ACTUALLY --

12       **THE COURT:**  I DON'T UNDERSTAND WHY THIS IS BETTER FOR

13  YOU OR WORSE FOR YOU.  I THINK MY LANGUAGE IS BETTER.  I'M GOING

14  WITH MY LANGUAGE.  I DON'T THINK THERE'S ANY -- I DON'T GET THE

15  POINT.

16       ALL RIGHT.  I NEED TO -- CAN I GO OFF THE RECORD FOR

17  ONE SECOND?  THERE ARE A LOT OF PEOPLE IN THE COURTROOM.  I NEED

18  TO GIVE THEM AN ANNOUNCEMENT.

19            (PAUSE IN PROCEEDINGS.)

20       **THE COURT:**  BACK ON THE RECORD.  AS SOON AS THE JURY

21  IS HERE, WE WILL CALL THEM OUT, AND I'M GOING TO THE SUPPLEMENT

22  INSTRUCTION FIRST.  THEN I'M GOING TO FOLLOW IT WITH THE

23  READBACK.  DO YOU HAVE THE READBACK READY TO GO?

24       **MR. LEUNG:**  WE DO, YOUR HONOR.

25       **THE COURT:**  ALL RIGHT.  I PROPOSE THE COURT REPORTER

1   READ IT UNLESS YOU HAVE A BETTER PLAN.

2           **MR. CHAZIN:**  NO.

3           **THE COURT:**  SO YOU HAVE IT READY TO GIVE TO JOAN?

4           **MR. LEUNG:**  WE DO, YOUR HONOR.

5           **THE COURT:**  JOAN, ARE YOU READY TO DO THAT?

6           **THE REPORTER:**  I'M READY.

7           **MR. CHAZIN:**  YOUR HONOR, I'M CONCERNED ABOUT CALLING

8   IT A SUPPLEMENTAL INSTRUCTION AT THIS POINT, AS OPPOSED TO JUST

9   RESPONDING TO THEIR QUESTION.  I THINK IT'S LATE TO ADD

10  INSTRUCTIONS.

11          **THE COURT:**  THAT'S NOT TRUE.  COME ON.  I'M NOT GOING

12  TO CHANGE THIS.  I'VE SEEN SO MANY CASES WHERE A SUPPLEMENTAL

13  INSTRUCTION IS GIVEN BASED UPON A QUESTION FROM THE JURY.  THAT

14  IS JUST BOGUS.  HOW WOULD THERE BE ANY POSSIBLE PREJUDICE FROM

15  CALLING IT SUPPLEMENTAL INSTRUCTION, AND I SPECIFICALLY SAY IT'S

16  IN RESPONSE TO THEIR QUESTION?

17          **MR. CHAZIN:**  I'M JUST NOT FAMILIAR WITH THAT, IN MY

18  EXPERIENCE, YOUR HONOR.

19          **THE COURT:**  VERY WELL.  I THINK IT IS A NORMAL

20  PROCEDURE.  DOES THE GOVERNMENT HAVE ANY OBJECTION?

21          **MR. LEUNG:**  NO, YOUR HONOR.

22          **THE COURT:**  ALL RIGHT.  NOW, DO YOU HAVE ANY

23  OBJECTION TO ME SENDING THIS INTO THE JURY ROOM?

24          **MR. LEUNG:**  NO, YOUR HONOR.

25          **MR. CHAZIN:**  WE PREFER DIFFERENT LANGUAGE.  I GUESS

```
 1  IN THAT RESPECT WE DO OBJECT.

 2              THE COURT:  BUT THAT'S YOUR ONLY OBJECTION.  THEN I

 3  AM GOING TO SEND IT IN.  WE NEED TO MAKE COPIES TO SEND IN TO

 4  THE JURY.  WE'RE NOW READY TO DO THE READBACK.

 5              MR. LEUNG:  YES, YOUR HONOR.

 6              THE COURT:  ALL RIGHT.  LET'S BRING IN OUR JURY.

 7              THE CLERK:  I DON'T THINK THEY'RE ALL HERE.  I WILL

 8  DOUBLE-CHECK.

 9                     (PAUSE IN PROCEEDINGS.)

10              THE CLERK:  THERE ARE ONLY SIX OF THEM HERE.

11                     (RECESS TAKEN.)

12              THE COURT:  ALL RIGHT.  LET'S SEE IF THE JURY IS

13  PRESENT.  IT'S NOW 8:00 O'CLOCK.

14              THE CLERK:  STILL MISSING ONE.

15              THE COURT:  ALL RIGHT.  WE'LL TAKE ABOUT A

16  FIVE-MINUTE RECESS.

17                     (RECESS TAKEN.)

18              THE COURT:  THE JURY IS READY.  ARE WE READY TO

19  PROCEED OUT HERE?

20              MR. LEUNG:  COULD WE HAVE TWO MINUTES, YOUR HONOR?

21  MS. WONG, IN LIGHT OF HER CONDITION, HAD TO RUN TO THE

22  FACILITIES.

23              THE COURT:  THERE SHE IS.

24              MS. WONG:  SORRY.

25              THE COURT:  ARE OUR INTERPRETERS READY?
```

1          **THE INTERPRETER:**  YES, SIR.

2          **THE COURT:**  IS EVERYONE HERE WHO NEEDS TO BE HERE?  I

3   THINK SO.  LET'S BRING IN THE JURY.

4               (THE JURY ENTERED THE COURTROOM.)

5          **THE COURT:**  WELCOME BACK, PLEASE HAVE A SEAT.

6          I KNOW YOU'RE WORKING HARD, AND YOU SENT OUT A COUPLE

7   OF NOTES THAT WE ARE NOW PREPARED TO RESPOND TO.  AND THE FIRST

8   CONCERNS THE QUESTION THAT YOU ASKED ABOUT ENTRAPMENT, AND YOUR

9   QUESTION WAS:

10              "IF ENTRAPMENT IS DETERMINED FOR THE FIRST

11              CHARGE, DOES ENTRAPMENT APPLY TO ALL THE

12              CHARGES?"

13         SO TO ANSWER THAT QUESTION, AFTER HAVING CONSULTED

14   WITH THE LAWYERS, I HAVE WRITTEN OUT A SUPPLEMENTAL INSTRUCTION

15   THAT TRIES TO ANSWER YOUR QUESTION.  SO I'M NOW GOING TO READ

16   IT, AND THEN I WILL SEND IN TO THE JURY WHAT I READ TO YOU.  SO

17   PLEASE LISTEN CAREFULLY AS I READ THROUGH THIS.

18         TO PROVE THAT DEFENDANT WAS NOT ENTRAPPED, THE

19   GOVERNMENT HAS THE BURDEN OF PROVING BEYOND A REASONABLE DOUBT

20   THAT, ONE, DEFENDANT WAS PREDISPOSED TO COMMIT THE CRIME BEFORE

21   BEING CONTACTED BY GOVERNMENT AGENTS, OR, TWO, DEFENDANT WAS NOT

22   INDUCED BY GOVERNMENT AGENTS TO COMMIT THE CRIME.  THE

23   GOVERNMENT DOES NOT HAVE TO PROVE BOTH PREDISPOSITION AND

24   NON-INDUCEMENT, BUT IT MUST PROVE ONE OR THE OTHER.

25         YOU HAVE ASKED WHETHER, IF ENTRAPMENT IS DETERMINED

1  FOR THE FIRST CHARGE, DOES ENTRAPMENT APPLY TO ALL THE CHARGES?

2            THE ANSWER TO THIS QUESTION MUST FOCUS SEPARATELY ON

3  THE QUESTIONS OF PREDISPOSITION AND NON-INDUCEMENT.

4            WITH RESPECT TO PREDISPOSITION, THE GOVERNMENT MUST

5  PROVE BEYOND A REASONABLE DOUBT THAT DEFENDANT WAS PREDISPOSED

6  TO COMMIT THE CRIMINAL ACTS PRIOR TO FIRST BEING APPROACHED BY

7  ANY GOVERNMENT AGENT.  SO IF YOU FIND PREDISPOSITION UNPROVEN

8  FOR THE EARLIEST COUNT, THEN THAT FINDING MUST APPLY TO ALL

9  COUNTS.

10            WITH RESPECT TO NON-INDUCEMENT, HOWEVER, THE ISSUE

11  MUST BE DECIDED TRANSACTION BY TRANSACTION.  FOR EXAMPLE, EVEN

12  IF DEFENDANT WAS INDUCED TO COMMIT THE FIRST TRANSACTION AND WAS

13  THEREBY ENTRAPPED AS TO THAT TRANSACTION, HE MAY OR MAY NOT HAVE

14  BEEN INDUCED TO COMMIT LATER TRANSACTIONS, DEPENDING ON HOW YOU

15  EVALUATE THE EVIDENCE.

16            YOU MAY DECIDE THAT DEFENDANT WAS INDUCED BY ONE OR

17  MORE GOVERNMENT AGENTS TO COMMIT ALL OF THE COUNTS, OR NONE OF

18  THEM, OR SOME OF THEM, DEPENDING ON HOW YOU EVALUATE THE

19  EVIDENCE.  YOU MUST KEEP IN MIND AND APPLY THE REST OF THE

20  ENTRAPMENT INSTRUCTIONS THAT I HAVE ALREADY GIVEN YOU, AS WELL

21  AS ALL OF THE INSTRUCTIONS.

22            ALL RIGHT.  SO THAT'S THE SUPPLEMENTAL INSTRUCTION.

23            NOW WE'RE GOING TO HAVE THE READBACK THAT YOU

24  REQUESTED.  ONE THING I SAID TO YOU IN A NOTE YESTERDAY NEEDS TO

25  BE CORRECTED, OR AT LEAST THE IMPLICATION.  I ASKED, I THINK,

```
 1   WHETHER YOU COULD IDENTIFY SOME SMALLER SEGMENT.  AND WE HAVE

 2   DETERMINED THAT THE LAW SEEMS TO BE, THOUGH, THAT WE HAVE TO --

 3   IF YOU REQUEST ANY PART OF ANY WITNESS, WE HAVE TO READ IT ALL

 4   BACK FOR THAT WITNESS.  SO IF YOU WERE TO REQUEST A LONG

 5   WITNESS, WE WOULD READ THE ENTIRE THING BACK TO YOU.  IF YOU

 6   REQUEST A SHORT WITNESS, WE WILL READ BACK THE SHORT WITNESS.

 7   SO MERENDINO IS KIND OF IN THE MIDDLE, ISN'T HE?  YOU'RE GOING

 8   TO GET TO HEAR ALL OF WHAT MERENDINO SAID IN HIS TESTIMONY.

 9              AT THIS TIME, THE WAY THIS WILL WORK IS THAT OUR

10   EXCELLENT COURT REPORTER WILL READ BACK, AND SHE'LL SAY,

11   QUESTION, ANSWER, QUESTION, ANSWER.  THAT WAY IT WILL KEEP

12   STRAIGHT WHO'S TALKING WHEN THE TESTIMONY COMES IN.

13              JOAN, ARE YOU READY TO PROCEED?

14         THE REPORTER:  YES.

15         THE COURT:  IS THERE ANYTHING MORE I NEED TO SAY, THE

16   LAWYERS WANT ME TO SAY BEFORE WE LET THE COURT REPORTER LIFT HER

17   FINGERS UP AND START READING?

18            MR. LEUNG:  NOT FROM THE GOVERNMENT.  THANK YOU.

19                 (THE TESTIMONY OF CHRISTOPHER MERENDINO WAS

20                 READ TO THE JURY.)

21         MR. CHAZIN:  YOUR HONOR, COULD WE HAVE A BRIEF

22   SIDEBAR?

23            THE COURT:  YES.

24                 (SIDEBAR DISCUSSIONS HELD AS FOLLOWS:)

25            THE COURT:  WHAT'S THE ISSUE?
```

1           **MR. CHAZIN:**  I DON'T KNOW IF THERE WAS POSSIBLY A

2   MISTAKE IN THE TRANSCRIPT, OR IF I SAID THE WORD "CENTRALLY."

3   THERE'S A MISTAKE IN THE TRANSCRIPT.  ON PAGE 935, LINE 19, IT

4   SAID WHETHER HE COULD BE CHARGED CRIMINALLY -- THERE WAS A

5   MISTAKE.  IT SAID "CENTRALLY." I WANTED THAT CLARIFIED FOR THE

6   JURY.

7           SECOND IS --

8           **THE COURT:**  LET'S DO IT THIS WAY.  SHOW ME THE PAGE.

9           **MR. CHAZIN:**  AND ALSO (INDICATING).

10          **THE COURT:**  THAT MAY BE THE WAY IT WAS SPOKEN BY THE

11  LAWYER OR THE WITNESS.

12          I WILL READ THIS QUESTION BACK MYSELF, AND I WILL SAY

13  THAT EVERYONE IS IN AGREEMENT THAT THE WORD "CENTRALLY" SHOULD

14  HAVE BEEN "CRIMINALLY."

15                  (OFF THE RECORD COMMENT BY THE REPORTER.)

16          **THE COURT:**  DOES EVERYONE AGREE IT SHOULD BE

17  FEDERALLY?

18          **MR. CHAZIN:**  YES.

19          **THE COURT:**  I'LL READ THAT ONE QUESTION AND ANSWER

20  AND CLARIFY IT.

21                  (END OF SIDEBAR DISCUSSION.)

22          **THE COURT:**  LAWYERS ARE IN AGREEMENT, AND I AM, TOO,

23  THAT THERE WAS A ONE-WORD MISTAKE IN THE TRANSCRIPTION.

24          YOU HEARD A MOMENT AGO AS PART OF THE READBACK THIS

25  QUESTION:

1    "QUESTION:  DID YOU ALSO INFORM HIM HE COULD

2    BE CHARGED CENTRALLY?"

3    EVERYONE IS IN AGREEMENT THAT WHAT WAS ACTUALLY ASKED

4 IS THE FOLLOWING AND THE WAY YOU SHOULD ACCEPT IT:

5    "QUESTION:  DID YOU ALSO INFORM HIM THAT HE

6    COULD BE CHARGED FEDERALLY?"

7    TO WHICH THE ANSWER WAS:

8    "ANSWER:  I DON'T RECALL SPECIFICALLY

9    INDICATING THAT, BASED ON OUR INITIAL

10    CONVERSATION."

11    **THE COURT:**  ALL RIGHT.  DONE ON THAT.

12    **MR. CHAZIN:**  THANK YOU, YOUR HONOR.

13    **MR. LEUNG:**  FINE WITH THE GOVERNMENT, YOUR HONOR.

14 THANK YOU.

15    **THE COURT:**  VERY WELL.  I'M ABOUT TO SEND YOU BACK TO

16 CONTINUE YOUR DELIBERATIONS.

17    I NEED TO GIVE YOU A WORD OF CAUTION AND THAT IS THAT

18 SOMETIMES AFTER THERE'S A READBACK, THE JURY SOMEHOW GIVES --

19 BECAUSE IT'S THE MOST RECENT THING THEY'VE HEARD AND IT'S BEEN A

20 WHILE SINCE THE TRIAL ENDED AND THE TRIAL IS OVER, THAT ONE

21 READBACK GETS HEIGHTENED IMPORTANCE IN YOUR MIND.

22    OF COURSE, IT'S ALWAYS UP TO YOU TO DECIDE HOW MUCH

23 WEIGHT TO GIVE TO ANY EVIDENCE.  IT'S CLEARLY YOUR PREROGATIVE.

24 BUT, AS A WORD OF CAUTION, REMEMBER THERE WAS A LOT OF OTHER

25 EVIDENCE IN THE CASE.  YOU SHOULD CONSIDER ALL OF THE EVIDENCE

1  IN THE CASE, ALONG WITH WHAT YOU JUST HEARD READ BACK, AS WELL

2  AS CONSIDER ALL OF THE INSTRUCTIONS THAT I GAVE YOU EARLIER.

3           ANYTHING THE LAWYERS WANT TO ADD OR SUBTRACT FROM

4  THAT?

5           **MR. LEUNG:**  NO, YOUR HONOR.  THANK YOU.

6           **MR. CHAZIN:**  THANK YOU.

7           **THE COURT:**  VERY WELL.  YOU CAN RETURN TO THE JURY

8  ROOM AND CONTINUE DELIBERATIONS.

9           DAWN, WILL YOU GIVE COPIES OF THE SUPPLEMENTAL?

10 THANK YOU.  PLEASE GO IN.

11          **THE CLERK:**  ALL RISE.

12               (THE JURY EXITED THE COURTROOM.)

13          **THE COURT:**  ALL RIGHT.  JUST STAND BY.  AT THE RATE

14 WE'RE GOING, WE MAY HAVE ANOTHER NOTE.  SO BE CLOSE BY.  WE NEED

15 TO ADJOURN SO I CAN DO THE OTHER CALENDAR, AND WE WILL START

16 WITH THE CRIMINAL -- I MEAN -- THE REGULAR CALENDAR IN TEN

17 MINUTES.  ALL RIGHT.

18          **MR. LEUNG:**  THANK YOU, YOUR HONOR.

19          **MR. CHAZIN:**  THANK YOU.

20               (RECESS TAKEN; JURY CONTINUES

21               DELIBERATIONS.)

22          **THE COURT:**  BACK ON THE RECORD IN OUR CASE.

23          **THE INTERPRETER:**  WE HAVE BOTH INTERPRETERS PRESENT,

24 MELINDA BASKER AND NINA SAFDIE, YOUR HONOR.

25          **THE COURT:**  MR. CHAZIN, ARE YOU READY TO GO?

1          **MR. CHAZIN:**  MR. SAFAI, I WAS HOPING TO HAVE HERE FOR

2   THE VERDICT.  HE'S ABOUT, I WOULD SAY, TEN MINUTES AWAY.

3          **THE COURT:**  WE CAN'T WAIT THAT LONG.  IT'S JUST NOT

4   FAIR TO THE JURY.  HE SHOULD HAVE BEEN HERE.  ALL RIGHT.

5          I HAVE BEEN TOLD THEY HAVE A VERDICT.  I HAVE NOT

6   SEEN THE NOTE MYSELF, BUT CAN I BRING THE JURY IN AND ASK THEM

7   IF THEY'VE REACHED A VERDICT?

8          **MR. LEUNG:**  THAT'S FINE WITH THE GOVERNMENT, YOUR

9   HONOR.

10         **MR. CHAZIN:**  YES.

11         **THE COURT:**  ALL RIGHT.  DAWN, LET'S DO THAT.

12                    (THE JURY ENTERED THE COURTROOM.)

13         **THE COURT:**  WELCOME BACK.  PLEASE HAVE A SEAT.

14         MS. TURNER, YOU'RE OUR FOREPERSON, CORRECT?

15         **FOREPERSON TURNER:**  I AM.

16         **THE COURT:**  IS IT TRUE YOU HAVE REACHED A UNANIMOUS

17   VERDICT?

18         **FOREPERSON TURNER:**  WE HAVE.

19         **THE COURT:**  I AM GOING TO ASK YOU TO HAND TO THE

20   MARSHAL THE ENVELOPE, AND HE WILL HAND IT TO ME.

21         WHAT I'M GOING TO DO, IN A MOMENT I'LL OPEN THIS UP

22   TO SEE IF IT IS IN PROPER FORM.  IF IT IS IN PROPER FORM, I

23   WOULD ASK THE CLERK TO READ THE VERDICT.

24         BEFORE I DO THAT, I WANT TO SAY, WITHOUT KNOWING HOW

25   YOU HAVE COME OUT ON THIS, BECAUSE WHAT I'M ABOUT TO SAY HAS

1   NOTHING TO DO WITH WHICH WAY YOU CAME OUT, BUT IS TO THANK YOU

2   FOR YOUR SERVICE IN THIS CASE.  I WILL HAVE MORE TO SAY TO YOU

3   ON THAT AFTER WE RECEIVE THE VERDICT, BUT I WANT YOU TO KNOW

4   THAT YOUR SERVICE TO YOUR COUNTRY IS MOST APPRECIATED, AND IT

5   MAKES NO DIFFERENCE WHICH WAY YOU HAVE DECIDED THE CASE.  YOU

6   WORKED HARD ON IT.  SO THANK YOU FOR THAT.

7              ALL RIGHT.  BEAR WITH ME.

8              NOW, PLEASE LISTEN AS THE CLERK WILL READ THE

9   VERDICT, BECAUSE I WILL ASK YOU ALL AT THE END IF IT REPRESENTS

10  YOUR INDIVIDUAL VERDICT AS WELL.

11             ALL RIGHT.  THE DEFENDANT WILL LISTEN, AS WELL AS ALL

12  COUNSEL.  THE CLERK WILL NOW READ THE VERDICT.

13             **THE CLERK:**  THANK YOU, YOUR HONOR.

14             IT'S UNITED STATES VERSUS RODIL NOCHEZ.

15             LADIES AND GENTLEMEN OF THE JURY, LISTEN TO YOUR

16  VERDICT AS IT WILL STAND RECORDED.

17             QUESTION NUMBER ONE:  HAS THE GOVERNMENT PROVEN

18  BEYOND A REASONABLE DOUBT THAT DEFENDANT IS GUILTY OF ATTEMPTED

19  EXPORTATION AS CHARGED IN COUNT 50?

20             ANSWER:  NO, NOT GUILTY.

21             QUESTION TWO:  HAS THE GOVERNMENT PROVEN BEYOND A

22  REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY OF ATTEMPTED

23  EXPORTATION AS CHARGED IN COUNT 51?

24             ANSWER:  NO, NOT GUILTY.

25             QUESTION NUMBER THREE:  HAS THE GOVERNMENT PROVEN

1  BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY OF

2  ATTEMPTED EXPORTATION AS CHARGED IN COUNT 52?

3          ANSWER:  NO, NOT GUILTY.

4          QUESTION NUMBER FOUR:  HAS THE GOVERNMENT PROVEN

5  BEYOND A REASONABLE DOUBT THAT DEFENDANT IS GUILTY OF ATTEMPTED

6  EXPORTATION AS CHARGED IN COUNT 56?

7          ANSWER:  NO, NOT GUILTY.

8          QUESTION FIVE:  HAS THE GOVERNMENT PROVEN BEYOND A

9  REASONABLE DOUBT THAT DEFENDANT IS GUILTY OF ATTEMPTED

10  EXPORTATION AS CHARGED IN COUNT 57?

11          ANSWER:  NO NOT GUILTY.

12          QUESTION SIX:  HAS THE GOVERNMENT PROVEN BEYOND A

13  REASONABLE DOUBT THAT DEFENDANT IS GUILTY OF ATTEMPTED

14  EXPORTATION AS CHARGED IN COUNT 58?

15          ANSWER: NO, NOT GUILTY.

16          QUESTION SEVEN:  HAS THE GOVERNMENT PROVEN BEYOND A

17  REASONABLE DOUBT THAT DEFENDANT IS GUILTY OF ATTEMPTED

18  EXPORTATION AS CHARGED IN COUNT 59?

19          ANSWER:  NO, NOT GUILTY.

20          QUESTION NUMBER EIGHT:  HAS THE GOVERNMENT PROVEN

21  BEYOND A REASONABLE DOUBT THAT DEFENDANT IS GUILTY OF ATTEMPTED

22  EXPORTATION AS CHARGED IN COUNT NUMBER 60?

23          ANSWER:  NO, NOT GUILTY.

24          SIGNED AND DATED BY THE FOREPERSON, MS. TURNER, ON

25  MARCH 11, 2010.

1        **THE COURT:**  ALL RIGHT.  PLEASE POLL THE JURY.

2        **THE CLERK:**  OKAY, YOUR HONOR.

3        TERRIS STORNETTA, IS THE VERDICT READ YOUR VERDICT?

4        **JUROR STORNETTA:**  YES.

5        **THE CLERK:**  KATHY TURNER, IS THE VERDICT READ YOUR

6    VERDICT?

7        **FOREPERSON TURNER:**  YES.

8        **THE CLERK:**  MARY PUGH, IS THE VERDICT READ YOUR

9    VERDICT?

10        **JUROR PUGH:**  YES.

11        **THE CLERK:**  KAREN YU, IS THE VERDICT READ YOUR

12    VERDICT?

13        **JUROR YU:**  YES.

14        **THE CLERK:**  RELIA JOHNSON, IS THE VERDICT READ YOUR

15    VERDICT?

16        **JUROR JOHNSON:**  YES.

17        **THE CLERK:**  KARL LAUFF, IS THE VERDICT READ YOUR

18    VERDICT?

19        **JUROR LAUFF:**  YES.

20        **THE CLERK:**  MARYLYNN MONTGOMERY, IS THE VERDICT READ

21    YOUR VERDICT?

22        **JUROR MONTGOMERY:**  YES.

23        **THE CLERK:**  DELANIE BUETTELL, IS THE VERDICT READ

24    YOUR VERDICT?

25        **JUROR BUETTELL:**  YES.

1          **THE CLERK:**  JACQUELINE?

2          **JUROR PALHEGYI:**  PALHEGYI.

3          **THE CLERK:**  THANK YOU.  PALHEGYI.  IS THE VERDICT

4    READ YOUR VERDICT?

5          **JUROR PALHEGYI:**  YES.

6          **THE CLERK:**  PAULA CLARKE, IS THE VERDICT READ YOUR

7    VERDICT?

8          **JUROR CLARKE:**  YES.

9          **THE CLERK:**  KIM-ANH YOSHI, IS THE VERDICT READ YOUR

10   VERDICT?

11         **JUROR YOSHI:**  YES.

12         **THE CLERK:**  NOAH GEPHART, IS THE VERDICT READ YOUR

13   VERDICT?

14         **JUROR GEPHART:**  YES.

15         **THE CLERK:**  YOUR HONOR, THE VERDICT IS UNANIMOUS.

16         **THE COURT:**  VERY WELL.  THE CLERK WILL ENTER THE

17   VERDICT IN THE RECORDS OF THE COURT.

18         MR. NOCHEZ, YOU HAVE BEEN ACQUITTED OF ALL CHARGES.

19   YOU ARE FREE TO GO, OF COURSE, AS SOON AS WE'RE DONE HERE.

20         AND IS THERE ANY REASON WHY THE COURT MAY NOT

21   DISCHARGE THE JURY AT THIS TIME?

22         **MR. LEUNG:**  NOT FROM THE GOVERNMENT, YOUR HONOR.

23         **MR. CHAZIN:**  I JUST WANT TO SAY THANK YOU VERY MUCH

24   TO THE JURY.  IF THEY HAVE ANY INTEREST IN TALKING ABOUT THE

25   CASE AFTER --

1          **THE COURT:**  I WILL COVER THAT WITH THEM.

2          **MR. CHAZIN:**  THANK YOU, YOUR HONOR.

3          **THE COURT:**  VERY WELL.

4          NOW, LET ME THANK YOU AGAIN FOR YOUR SERVICE.

5   EVERYONE IN THE COURTROOM KNOWS, INCLUDING OUR MOST EXCELLENT

6   UNITED STATES ATTORNEYS, THAT JUSTICE IS DONE WHEN THERE HAS

7   BEEN A FAIR TRIAL AND A FAIR VERDICT RENDERED.  AND I THINK EVEN

8   THOUGH YOU RULED AGAINST THE GOVERNMENT IN THIS CASE, THEY WOULD

9   BE ONE OF THE FIRST TO THANK YOU FOR YOUR SERVICE IN THIS CASE.

10          AND THE COURT THANKS YOU FOR YOUR SERVICE IN THIS

11  CASE, BECAUSE YOU HAVE BEEN TERRIFIC.  YOU HAVE COME TO COURT

12  EARLY EVERY DAY.  YOU'VE ALLOWED US TO MOVE REASONABLY QUICKLY

13  THROUGH THE EVIDENCE.  YOU'VE PAID CLOSE ATTENTION, AND THAT'S

14  WONDERFUL.  I WISH EVERY JURY THAT I HAD WAS AS CONSCIENTIOUS AS

15  YOU HAVE BEEN.

16          NOW, I'M GOING TO DISCHARGE YOU AT THIS TIME

17  OFFICIALLY.  YOU ARE NOW BEING SENT BACK TO BEING ORDINARY

18  CIVILIANS AGAIN.  YOU WILL GET TO GO ONE LAST TIME INTO THE JURY

19  ROOM AND TURN IN YOUR BADGES, AND GET TO GO HOME.

20          BEFORE YOU DO THAT, I WOULD LIKE TO INVITE YOU INTO

21  MY CHAMBERS TO SEE WHAT IT'S LIKE BACK THERE, BECAUSE YOU WALK

22  BY IT AND HAVEN'T HAD A CHANCE TO DO THAT.  I WOULD LIKE TO

23  SHAKE EACH OF YOUR HANDS INDIVIDUALLY.  I AM NOT GOING TO TALK

24  ABOUT THE CASE WITH YOU, THOUGH I GUESS I COULD SINCE THERE'S

25  BEEN AN ACQUITTAL.  I PROBABLY WON'T DO THAT.

1        BUT I WILL ADVISE YOU ABOUT WHETHER YOU SHOULD BE

2   TALKING TO THE LAWYERS OR NOT.  AND, BASICALLY, IT IS GOING TO

3   BE UP TO YOU TO DECIDE WHETHER YOU WANT TO DO THAT.

4        SO AT THIS TIME, WITH THE THANKS OF THE UNITED STATES

5   DISTRICT COURT, YOU MAY STAND UP, GO BACK INTO THE JURY ROOM ONE

6   LAST TIME, AND YOU ARE DISCHARGED.

7            **THE CLERK:**  ALL RISE.

8                (THE JURY EXITED THE COURTROOM.)

9            **THE COURT:**  DAWN, WOULD YOU GO DECOMMISSION OUR

10  JURORS?

11           **THE CLERK:**  YES.

12           **THE COURT:**  EVERYONE BE SEATED.  JUST ONE LAST THING.

13  I NEED THE COURTROOM FOR THE HEARING THAT I'M IN THE MIDDLE OF,

14  SO I WON'T BE ABLE TO LET YOU, AS I NORMALLY WOULD, TALK TO THE

15  JURORS IN HERE.  SO I THINK THE ONLY WAY TO DO IT IS TO CATCH

16  THEM AS THEY GO BY THE ELEVATOR.  IF BOTH SIDES WANT TO DO THAT,

17  THAT'S FINE.  I JUST CAN'T THINK OF A BETTER, OFF THE TOP OF MY

18  HEAD, A BETTER WAY TO DO IT.  IF YOU HAVE A GOOD SUGGESTION, I'M

19  ALL EARS.

20           **MR. LEUNG:**  YOUR HONOR, WOULD IT BE POSSIBLE TO MEET

21  IN THE JURY ROOM?

22           **THE COURT:**  YOU MEAN BACK HERE?

23           **MR. LEUNG:**  YES, YOUR HONOR.

24           **THE COURT:**  THAT'S A GOOD IDEA.  IT WOULD JUST BE THE

25  LAWYERS, RIGHT?

1          **MR. CHAZIN:**  YES.

2          **THE COURT:**  I WILL TELL YOU WHAT I'LL DO, I'LL SAY

3    THE TWO LAWYERS, OR I GUESS IT WOULD BE THREE LAWYERS, WOULD

4    LIKE TO HAVE THAT OPPORTUNITY, AND I'LL LEAVE IT COMPLETELY UP

5    TO THEM.

6          **MR. LEUNG:**  CERTAINLY.

7          **THE COURT:**  THEN YOU'LL GET A CHANCE TO LEARN FROM

8    THEM WHAT WAS AND WAS NOT INFLUENTIAL IN THEIR DECISION.  I

9    MYSELF AM CURIOUS.  BUT, MR. CHAZIN, I THINK CONGRATULATIONS ARE

10   IN ORDER TO YOU.  YOU DON'T GET MANY ACQUITTALS IN THE

11   COURTHOUSE.  YOU ARE GOING TO BE FAMOUS NOW.  GOOD FOR YOU.

12          ANYWAY, I WILL -- I CAN'T SAY I WILL RECOMMEND, BUT I

13   WON'T DISCOURAGE EITHER -- I ALWAYS LIKED TO TALK TO THE JURORS

14   WHEN I WAS TRYING CASES AND FOUND IT TO BE VERY ILLUMINATING FOR

15   THE NEXT CASE.

16          SO ANY REASON WHY WE CAN'T JUST ADJOURN NOW AND HAVE

17   JUDGMENT ENTERED FOR MR. NOCHEZ IN THIS CASE?

18          **MR. LEUNG:**  NO, YOUR HONOR.

19          **MR. CHAZIN:**  NO.  THANK YOU.  I APPRECIATE THE COURT,

20   ALL THE TIME AND ENERGY.  I KNOW YOU PUT A LOT INTO IT, AND WE

21   APPRECIATE IT.

22          **THE COURT:**  SEE, GETTING UP EARLY IN THE MORNING,

23   MR. CHAZIN, SOMETIMES IT WORKS.

24          **MR. CHAZIN:**  APPARENTLY.

25          **THE COURT:**  ALL RIGHT.

1          MR. CHAZIN:  THANK YOU.

2                     (PROCEEDINGS CONCLUDED.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4                          **<u>CERTIFICATE OF REPORTER</u>**

5              I, JOAN MARIE COLUMBINI, OFFICIAL REPORTER FOR THE

6    UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY

7    CERTIFY THAT THE FOREGOING PROCEEDINGS IN CR 08-0730 WHA,

8    UNITED STATES VS. RODIL NOCHEZ, ET AL, WERE REPORTED BY ME, A

9    CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED

10   UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A

11   FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY

12   ME AT THE TIME OF FILING.

13           THE VALIDITY OF THE REPORTER'S CERTIFICATION OF SAID

14   TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE

15   COURT FILE.

16

17                    S/B JOAN MARIE COLUMBINI

18

19        _____

20             JOAN MARIE COLUMBINI, CSR 5435, RPR

21                  FRIDAY, MARCH 12, 2010

22

23

24

25